Justice Scalia would deny the motion for leave to file a petition for rehearing and the application for stay of execution.

Former decision, 562 U.S. 1194, 131 S. Ct. 1034, 178 L. Ed. 2d 854, 2011 U.S. LEXIS 651.

**No. 10-969 (R46-015). Lee's Summit Honda, Petitioner v. Ashlee Ruhl, Individually and on Behalf of All Others Similarly Situated.**

563 U.S. 931, 131 S. Ct. 1848, 179 L. Ed. 2d 798, 2011 U.S. LEXIS 2820.

April 7, 2011. The petition for writ of certiorari to the Supreme Court of Missouri in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 322 S.W.3d 136.

**No. 10-746 (R46-016). Farhi Saeed Bin Mohammed, et al., Petitioners v. Barack H. Obama, President of the United States, et al.**

563 U.S. 931, 131 S. Ct. 2091, 179 L. Ed. 2d 798, 2011 U.S. LEXIS 2821.

April 12, 2011. The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

**No. 10-8159 (R46-017). Eric Hanson, Petitioner v. Illinois.**

563 U.S. 931, 131 S. Ct. 2091, 179 L. Ed. 2d 798, 2011 U.S. LEXIS 2822.

April 13, 2011. The petition for writ of certiorari to the Supreme Court of Illinois in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 238 Ill. 2d 74, 345 Ill. Dec. 395, 939 N.E.2d 238.